LYLE F. GATES, Appellant, *v.* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

(Argued October 1, 1934; decided October 9, 1934.)

*Newell H. Timerman* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars cost of motion.